YOUR HONOR,

I was dispatched to Room 7C-148 for a report of a panic alarm being activated. Upon arrival, Officer Jenkins and I found Robert Burks talking with Doctor Patel inside the room. We could hear Burks talking from all the way down the hall and he sounded agitated. After speaking with Burks, he admitted to being frustrated due to the fact he was asked to use the sign-in kiosk, which he had never been asked to do before. Burks told me he felt this was unnecessary and the employee at the desk could have simply checked him in, but repeatedly insisted on the kiosk being used. The clerk at the desk and Doctor Patel provide a similar account, but state that Burks was noticeable angry, slamming his cane on the floor with force, and talking in a very loud voice. The clerk stated there were several patients in the waiting room that appeared to be concerned over Burks' actions. Based on the information provided to me, Burks' actions can be considered loud and boisterous and he caused a disruption in the flow of facility operations. Burks has previously been warned about his actions in similar incidents, so he was issued a citation for Disorderly Conduct.

---

**United States District Court — Violation Notice**

- Violation Number: 6799124
- CVB Location Code: 0552
- Officer Name: [illegible]
- Officer No.: 4674
- Date and Time of Offense: 10/25/2017 11:03
- Offense Charged: 36 CFR 1.3.5(b)(4)
- Place of Offense: Building 330 Room 7C-148 Dayton VA Medical Center
- Offense Description: Disorderly conduct – Indiv. engaging in actions were loud and boisterous
- Defendant: Burks, Robert
- Sex: Male
- Eyes: Brown
- Height: 5'10"
- Weight: 165
- Box A checked: MUST APPEAR IN COURT

X Defendant Signature [signed]

(Rev. 09/2015) Original - CVB Copy