UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　Case Number:　　3:17-po-00210

vs.

ROBERT BURKS　　　　　　　　　　Magistrate Judge Michael J. Newman

    Defendant.

**ORDER**

This case is presently scheduled to come before the Court for a hearing on **November 30, 2017** at **2:30 p.m.** in **Courtroom 4** on the **Fifth Floor** of the Federal Building, **200 West Second Street, Dayton, Ohio 45402**. You are **ORDERED** to appear at that time and date. *Failure to do so could result in the issuance of an arrest warrant.*

Because you are a Veteran, you may be eligible for participation in the Veterans Court. More information regarding the Veterans Court can be found on the attached page. The Court has appointed the Federal Public Defender to represent all Veterans charged with misdemeanor offenses at the Veterans Affairs ("VA") Hospital in Dayton, Ohio. Attorney Tom Anderson, an Assistant Federal Public Defender, can be reached at (937) 225-7687. If you are interested in participating in the Veterans Court, please contact Mr. Anderson.

The Clerk shall serve this Order on Defendant at his address of record. In addition, the Clerk shall email this Order to Attorney Thomas Anderson and the VA police.

    **IT IS SO ORDERED.**

Date:　November 8, 2017　　　　　　　　　　　　s/Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOURTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON
# VETERANS COURT

### Purpose and Mission

To focus on, facilitate, and encourage treatment of mental health and/or substance abuse issues that may underlie criminal conduct in lieu of prosecuting, convicting and/or incarcerating those Veterans eligible for the Veterans Justice Outreach Program through the United States Department of Veterans Affairs ("VA") and who pose a risk of reoffending in the absence of consistent treatment.

### Veterans Court Docket Details

The Veterans Court docket is generally held on the last Thursday of each month beginning at 2:30 p.m., although intervening Federal Holidays may require that the Court be held on a different day. Not all Veterans Court participants will be scheduled to appear at each Veterans Court session.

### Target Veterans

Eligible Veterans charged with misdemeanor and/or petty offenses who may suffer from mental health and/or substance abuse concerns and who pose a risk for reoffending in the absence of consistent treatment. Eligibility for participation shall be determined solely by the Veterans Justice Outreach Coordinator ("VJO"), in accordance with the rules, regulations, and applicable polices of the VA.

### Participation in Veterans Court

Participation in the Veterans Court is voluntary and each Veteran participant must expressly, knowingly, intelligently and voluntarily consent in writing to participation.

### Term of Veterans Court

Each Veteran participant must successfully compete a term to be determined by the Court based upon the individual circumstances of each Defendant (usually not to exceed six (6) months).

### Commencement of the Veterans Court Term

Each Veteran participant must complete and execute a participation agreement. Other documents, such as applications for VA benefits, may be required by the VJO before commencement of each Veteran's Veterans Court term.

### Determination of Completion

The participating Veteran, through the Federal Public Defender (or other attorney) may seek a determination of successful completion by the presiding Judicial Officer upon completion of all requirements of his or her Veterans Court term. The Judicial Officer presiding over the Veterans Court possesses the discretion in determining whether a Veteran has met the requirements for successfully completing the Veterans Court term.

### Disposition Upon Successful Completion

In most cases, the United States Attorney will agree to dismiss the charges against those Veterans who complete their Veterans Court term.

### Attorney Contact

The Federal Public Defender for the Southern District of Ohio has been appointed by the Court to represent the interests of all Veterans charged with misdemeanor offenses at the VA Hospital in Dayton, Ohio. For more information regarding participation in the Veterans Court, contact Assistant Federal Defender Thomas Anderson, Esq. at (937) 225-7687.

### VJO Contact

The VJOs in Dayton are Teresa M. Sichman and William "Page" Layman. Ms. Sichman can be reached by phone at (937) 268-6511 extension 1267, or by email at Teresa.Sichman@va.gov. Mr. Layman can be reached by phone at (937) 268-6511 extension 1364, or by email at William.Layman3@va.gov.